## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | | |
|---|---|---|
| RACHITA BARNES | : | No. 159 EAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| PHL RENTAL PROPERTIES, LLC AND | : | |
| JOHNNY DANG | : | |
| | : | |
| | : | |
| PETITION OF: PHL RENTAL | : | |
| PROPERTIES, LLC | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 7th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.